CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 9 2007

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TANYA WILLIAMS,** | ) |
| Petitioner, | ) Civil Action No. 7:06-cv-00539 |
| v. | ) **FINAL ORDER** |
| **BARBARA J. WHEELER** | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the respondent's motion to dismiss is **GRANTED** and Williams' petition is **DISMISSED** without prejudice. This action is **STRICKEN** from the active docket of the court.

Williams is advised that she may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This _9th_ day of February, 2007.

_____
United States District Judge